FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

TRIAL-OMAHA

2020 FEB 21  AM 8:27

MARGARET BOTKINS, CLERK
CHEYENNE

## U.S. District Court
### District of Nebraska (8 Omaha)
### CRIMINAL DOCKET FOR CASE #: 8:20-cr-00064-BCB-SMB-1

Case title: USA v. Delany                              Date Filed: 02/19/2020

Assigned to: Judge Brian C. Buescher
Referred to: Magistrate Judge Susan M. Bazis

20-MJ-15-R

### Defendant (1)
**Benjamin Delany**

| **Pending Counts** | **Disposition** |
|---|---|
| 18:111(a)(1) and (b) ASSAULTING, RESISTING, OR IMPEDING CERTAIN OFFICERS OR EMPLOYEES (1) | |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff
**USA**                     represented by **Matt E. Lierman**
                                           U.S. ATTORNEY'S OFFICE -
                                           OMAHA
                                           1620 Dodge Street

Suite 1400
Omaha, NE 68102-1506
(402) 661-3700
Fax: (402) 345-5724
Email: matt.lierman@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2020 | 1 | PART 1 OF 2 - INDICTMENT with foreperson's signature redacted pursuant to the E-Government Act as to defendant(s) Benjamin Delany. (TCL) (Entered: 02/20/2020) |
| 02/19/2020 | 2 | PART 2 OF 2 - FOREPERSON'S SIGNATURE PAGE regarding Indictment 1 as to defendant(s) Benjamin Delany. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (TCL) (Entered: 02/20/2020) |
| 02/19/2020 | 3 | CRIMINAL COVER SHEET as to defendant(s) Benjamin Delany. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (TCL) (Entered: 02/20/2020) |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 FEB 19 PM 1:07

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BENJAMIN DELANY,<br><br>    Defendant. | 8:20CR 64<br><br>INDICTMENT<br><br>18 U.S.C. § 111(a)(1)&(b) |

The Grand Jury charges:

## COUNT I

On or about May 22, 2019, in the District of Nebraska, the defendant, BENJAMIN DELANY, did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with C.H., a person assisting an officer and employee of the United States, that is, deputies with the United States Marshal's Service, while engaged in and on account of the performance of their official duties, such acts involving physical contact, to wit: defendant punched C.H. in the face, and involved bodily injury, to wit: swelling, redness, bruising and physical pain to his face.

In violation of Title 18, United States Code, Section 111(a)(1)&(b).

                                          A TRUE BILL.


                                          FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

                                          MATT E. LIERMAN
                                          Assistant U.S. Attorney